[No. 14543–6–I.  Division One.  May 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP LINCH SCHLOREDT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01549–7, Patricia H. Aitken, J., entered March 12, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 7230–1–II.  Division Two.  May 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES H. KERRIGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–1–00166–2, John H. Kirkwood, J., entered July 22, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7451–6–II.  Division Two.  May 23, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON CLAY ARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 3113RO40, J. Kelley Arnold, J., entered November 14, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.